UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

    - v. -                       :

                                                                         :   **ORDER**

ELISA SUAREZ,
    a/k/a "Elisa Mendez",         :   07 Cr. 358
    a/k/a "Elisa Suarez Mendez",
    a/k/a "Maria Elisa Mendez",   :
VICTOR VIERA, and
VERONICA SUAREZ,                  :

                Defendants.    :

- - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Michael D. Maimin;

        It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       May 8, 2007

                                    _____
                                    UNITED STATE MAGISTRATE JUDGE

                                    JAMES C. FRANCIS IV
                                    UNITED STATES      MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK