AUSA Michael D. Maimin
212-637-2238

ORIGINAL

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELISA SUAREZ, a/k/a "Elisa Mendez", a/k/a "Elisa Suarez Mendez", a/k/a "Maria Elisa Mendez", VICTOR VIERA and VERONICA SUAREZ | DOCKET NO.<br>**07 CRIM. 358** | MAGISTRATE'S CASE NO. | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ELISA SUAREZ, a/k/a "Elisa Mendez", a/k/a "Elisa Suarez Mendez", a/k/a "Maria Elisa Mendez" | | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment    ☐ Information    ☐ Complaint | | | |
| | DISTRICT OF ARREST | | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Theft of Government Funds; Conspiracy to Commit Offense or to Defraud the United States

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 8 2007

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>2, 371, 641 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*Ronald Ellis* | DATE ORDERED<br>4-27-07 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>5/2/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Martin Sullivan<br>Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>5/8/07 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.