UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

**UNITED STATES OF AMERICA**           07 Cr. 358 (RJH)

    - against -

                                               **NOTICE OF APPEARANCE**

**ELISA SUAREZ et al.**

                 **Defendants.**

-------------------------------------------------------X

       PLEASE TAKE NOTICE that JEREMY GUTMAN appears as counsel for defendant ELISA SUAREZ in the above-captioned proceeding.

Dated:       New York, New York
                May 23, 2006

                                                        /s/ _____
                                                        JEREMY GUTMAN (JG-0186)
                                                        251 East 61st Street
                                                        New York, New York 10021
                                                        (212) 644-5200

                                                        *Attorney for Defendant*
                                                        *Elisa Suarez*