

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2007



**BY HAND**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Elisa Suarez, Victor Viera and Veronica Suarez*
            07 Cr. 358 (RJH)

Dear Judge Holwell:

      On April 27, 2007, a grand jury returned a two-count indictment against the defendants in the above-referenced case. The case was assigned to Your Honor. Upon Your Honor's referral, the defendants were presented and arraigned in front of a Magistrate Judge on May 8, 2007.

      Your Honor's chambers informed me that Your Honor was available for a pre-trial conference in this case on July 26, 2007, at noon. I have spoken with defense counsel for all three defendants, who are all available at that time. We therefore respectfully request that the initial pre-trial conference be set for July 26, 2007, at noon.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

Hon. Richard J. Holwell
June 7, 2007
Page 2 of 2

    The Government respectfully requests an exclusion of time through July 26, 2007 so that the Government can provide, and defense counsel can review, discovery, and so that the parties can engage in plea discussions. I have spoken with defense counsel, who consent to this request.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    Michael D. Maimin
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2238

cc:   Jeremy Gutman (by mail)
      John Rapaway (by mail)
      Aaron Wallerstein (by mail)

*[Handwritten order:]* Application Granted. Conference scheduled for 7/26/07 at noon. Time is excluded under the STA from today to 7/26/07 for the reasons stated above. The exclusion of time is in the interests of justice and outweighs the interests of the defendants and public in a speedy trial.

SO ORDERED

_____
6/14/07