**JEREMY GUTMAN, ESQ.**
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021
TEL: (212) 644-5200
FAX: (212) 486-7701

**By ECF**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 11, 2007

Re:   United States v. Suarez, 07-cr-00358-RJH

Dear Judge Holwell:

    I am writing to request an adjournment of the status conference in this case, currently scheduled for October 19, 2007.  I seek this adjournment as I will be out of the country.  I have consulted with co-counsel and AUSA Maimin, and, if agreeable to the court, we would like to reschedule the matter to October 31, 2007 at 12:30pm.  AUSA Maimin has advised me that the government will consent to an adjournment through October 31st, but not after that date.  As such, if October 31st is not a good day for the court, we would request a date earlier that week.

    I thank the court for its consideration of this request.

                                                Respectfully,

                                                Jeremy Gutman