

*PS 8*
*(8/88)*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: *10/25/07*

USA v. Suarez et al    Docket No. 07-CR-358-1 (RJH)

Petition for Action on Conditions of Pretrial Release

COMES NOW Carlos Ramirez, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Elisa Suarez.

On 5/8/07, the defendant was arrested and charged with Theft of Government Funds and Conspiracy to Defraud the United States. Later in the day, the defendant appeared before U.S. Magistrate Judge James C. Francis IV and was released on the following bail conditions: a $50,000 unsecured bond; travel restricted to SD/NY and ED/NY; regular Pretrial Services supervision; the surrender of all travel documents and no new applications and pending application; and provide proof of Naturalization by 5/11/07.

On 5/9/07, the defendant reported to our office for her Pretrial Services reporting instructions and brought in her Certificate of Naturalization (Certificate #22750370), which has been verified to be authentic. Since the defendant's release on bail she has complied with her bail conditions and has not been re-arrested.

This officer has spoken with Assistant U.S. Attorney Michael Maimin and the defendant's attorney, Jeremy Gutman and all parties have consented to removing the condition of Pretrial Services supervision.

USA v. Suarez et al                                Docket No. 07-CR-358-1 (RJH)


Given the aforementioned, we respectfully request that the defendant's bail be modified to remove the condition of Pretrial Services supervision.


PRAYING THAT THE COURT WILL ORDER


ORDER OF COURT                          Respectfully,

Considered and ordered this
___  24  ___ day of  October ___,      Carlos Ramirez
20o7 and ordered filed and made a part  U.S. Pretrial Services Officer
of the records in the above case.        10/4/07

Honorable Richard J. Holwell            Reviewed by,
U.S. District Judge

                                         Sharon T. Regis
                                         Supervising Pretrial Services Officer
                                         10/4/07


*Please send Pretrial Services a copy of this form if it is signed, so that we can update the defendant's record.