JEREMY GUTMAN, ESQ.
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021
TEL: (212) 644-5200
FAX: (212) 486-7701



By ECF

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 11, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

Re:   United States v. Suarez, 07-cr-00358-RJH

Dear Judge Holwell:

    I am writing to request an adjournment of the status conference in this case, currently scheduled for October 19, 2007. I seek this adjournment as I will be out of the country. I have consulted with co-counsel and AUSA Maimin, and, if agreeable to the court, we would like to reschedule the matter to October 31, 2007 at 12:30pm. AUSA Maimin has advised me that the government will consent to an adjournment through October 31st, but not after that date. As such, if October 31st is not a good day for the court, we would request a date earlier that week.

    I thank the court for its consideration of this request.

Respectfully,

Jeremy Gutman

*[Handwritten annotation:] Conference adjourned to 10/31/07 at 12:30 p.m. Time is excluded under the Speedy Trial Act from today to Oct. 31, 2007 in the interests of justice.*

*SO ORDERED*

*[signature] USDJ 10/16/07*