USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               **ORDER**

              - v -                              07 Cr. 00358 - 01 (RJH)

ELISA SUAREZ

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge F. Maas, on February 21, 2008 ;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED

Dated: New York, New York
       March 05, 2008

                                                 _____
                                                 Richard J. Holwell
                                              United States District Judge